Counsel for the Commissioner filed a stipulation wherein it was agreed with counsel for the taxpayer that the taxpayer's deficiency in tax is $120.81.

DECISION.

The Board determines that the deficiency for the year 1920 is $120.81.

---

Appeal of MARYLAND CAR WHEEL COMPANY.                    Docket No. 534.

Submitted January 22, 1925; decided January 30, 1925.

*Harry Schwartz, Esq.*, for the taxpayer.
*Laurence Graves, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before STERNHAGEN, TRAMMELL, and TRUSSELL.

This is an appeal from a proposed additional assessment of corporation income and profits taxes for the years 1918 and 1919 in the amount of $19,092.73.

The appeal was called for hearing before the Board on December 16, 1924, when by consent of counsel the hearing was continued until January 22, 1925, in order to give the Commissioner and the taxpayer opportunity to agree upon the amount of the deficiency.

At the final hearing of the appeal on January 22, 1925, leave was granted counsel for the Commissioner to file an amended answer. The amended answer admits that the deficiency of $19,092.73 was improperly determined.

Counsel for the Commissioner submitted a stipulation wherein it is agreed with counsel for the taxpayer that the taxpayer's deficiency in tax is as follows:

For 1918_____ $234.08
For 1919_____ 6,378.93

DECISION.

The Board determines that the deficiency is, for 1918, $234.08; for 1919, $6,378.93.

---

Appeal of O. W. RETHORST.                    Docket No. 221.

Section 213(b) (8) of the Revenue Act of 1918, which provides for a $3,500 exemption for those in the military and naval forces, is repealed by section 1400 (a) of the Revenue Act of 1921, as of January 1, 1921, and a soldier is not entitled to exemption for salary received between January 1, 1921, and March 3, 1921, the date on which the World War was declared at an end by Act of Congress.

Submitted December 3, 1924; decided January 30, 1925.

Mr. O. W. Rethorst, the taxpayer, in his own behalf.
*Willis D. Nance, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.